[No. 23191-7-III.  Division Three.  January 24, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN ESPADA, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-01030-1, Dennis D. Yule, J., entered June 18, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Brown, J.

[No. 23262-0-III.  Division Three.  January 24, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM ARTHUR LEVERETTE, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-01278-4, Linda G. Tompkins, J., entered August 6, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 23272-7-III.  Division Three.  January 24, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD M. CULBRETH, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03543-3, Kathleen M. O'Connor, J., entered July 29, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney, J., and Thompson, J. Pro Tem.

[No. 23455-0-III.  Division Three.  January 24, 2006.]

THE STATE OF WASHINGTON, *Appellant,* v. ARTHUR FRANK CARDENAS, *Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 04-1-00340-0, Kenneth L. Jorgensen, J., entered September 14, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Schultheis, JJ.